**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| United States of America, | Criminal No. 97-125 (1)  (RHK/FLN) |
| Plaintiff, | **ORDER FOR APPOINTMENT OF COUNSEL** |
| v. | |
| Stephen Michael Landry, | |
| Defendant. | |

_____

The Court has determined that the Defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

**IT IS HEREBY ORDERED** that counsel is appointed pursuant to 18 U.S.C. § 3006A.

Dated: February 26, 2008       s/Richard H. Kyle
                               RICHARD H. KYLE
                               United States District Judge